SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
JEAN HURRICANE (CSB #175628)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.,
formerly known as ROADWAY PACKAGE
SYSTEM, INC. and RPS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SOWOCO, a California General Partnership,<br><br>            Plaintiff,<br><br>     v.<br><br>ROADWAY PACKAGE SYSTEM, INC., a business organization form unknown, RPS, INC., a business organization form unknown, FEDEX GROUND PACKAGE SYSTEM, INC., a business entity form unknown,<br><br>            Defendants. | Case No.:  2:07-cv-00662-GEB-GGH<br><br>**[PROPOSED] ORDER ON THE PARTIES' STIPULATION TO MOVE HEARING DATE ON PARTIAL MOTION TO DISMISS AND TO MOVE SCHEDULING HEARING DATES** |

The Court, having considered the Stipulation of the parties, and good cause appearing therefore, the Court hereby adopts the parties' Stipulation and Orders as follows:

1. The hearing date on defendant's partial motion to dismiss shall be continued from June 11, 2007 to **July 9, 2007**;

2. All filing deadlines will be measured from the new hearing date of July 9, 2007:

3. The pretrial scheduling conference is continued from July 2, 2007 to **August 6, 2007**; and

33958.33958-0011
660138.1

- 1 -

[PROPOSED] ORDER ON THE PARTIES' STIPULATION TO MOVE HEARING DATE ON PARTIAL MOTION TO DISMISS AND TO MOVE SCHEDULING HEARING DATES

4. The deadline for filing the parties' joint status report is continued from June 18, 2007 to **July 23, 2007**.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

33958.33958-0011
660138.1

- 2 -

**[PROPOSED] ORDER ON THE PARTIES' STIPULATION TO MOVE HEARING DATE ON PARTIAL MOTION TO DISMISS AND TO MOVE SCHEDULING HEARING DATES**