1 SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
2 JEAN HURRICANE (CSB #175628)
One Market, Spear Street Tower, 32nd Floor
3 San Francisco, CA 94105
Telephone:   (415) 901-8700
4 Facsimile:   (415) 901-8701

5 Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.,
6 formerly known as ROADWAY PACKAGE
SYSTEM, INC. and RPS, INC.
7

8                    UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

10

| | |
|---|---|
| 11 SOWOCO, a California General Partnership,<br><br>12                  Plaintiff,<br><br>13        v.<br><br>14 ROADWAY PACKAGE SYSTEM, INC., a<br>15 business organization form unknown,<br>RPS, INC., a business organization form<br>16 unknown, FEDEX GROUND PACKAGE<br>SYSTEM, INC., a business entity form<br>17 unknown,<br><br>18                  Defendants. | Case No.:  2:07-cv-00662-GEB-GGH<br><br>**(PROPOSED) ORDER AND STIPULATION TO WITHDRAW PORTIONS OF THE AMENDED COMPLAINT AND TO FILE SECOND AMENDED COMPLAINT** |

19

20        The undersigned parties, by their respective counsel, have discussed the

21 allegations contained in the amended complaint.  As a result, the parties stipulate as

22 follows:

23        1.        Plaintiff SOWOCO will withdraw portions of the amended complaint

24 involving racial animus without prejudice to allege such claims at a future date.

25        2.        Defendant FedEx Ground Package System, Inc. ("FedEx Ground"),

26 formerly known as Roadway Package System, Inc. and RPS, Inc., reserves the right to

27 deny or move to strike any allegations of racial animus when alleged.

28

33958.33958-0011
669421.1
- 1 -

**STIPULATION OF THE PARTIES TO WITHDRAW PORTIONS OF THE AMENDED COMPLAINT AND TO FILE SECOND AMENDED COMPLAINT (Case No.:  2:07-CV-00662-GEB-GGH)**

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.     This stipulation does not affect, and the parties specifically reserve, the parties' right to discovery or to limit or preclude discovery, including the right to explore racial animus as a motive for the damages asserted.

4.     Because SOWOCO agrees to withdraw portions of the amended complaint involving racial animus, FedEx Ground will agree not to move to strike the punitive damages allegations in the complaint on the grounds that the claim fails to sufficiently allege malicious or oppressive intent.  FedEx Ground reserves the right to deny such allegations involving punitive damages in its answer and to otherwise challenge and defend against such allegations in all other aspects of the lawsuit.

5.     FedEx Ground will not file a motion to dismiss on the grounds that the operative contract was not attached to the amended complaint.  FedEx Ground reserves the right to challenge and/or deny any allegations involving contract terms.

6.     SOWOCO shall be permitted to file a second amended complaint and will file said second amended complaint within seven days of email notice of entry of a court order approving this stipulation.

7.     FedEx Ground will file an answer to the second amended complaint within seven days of email notice that the second amended complaint was filed.

**IT IS SO STIPULATED**:

DATED:  September 5, 2007                SCHIFF HARDIN LLP


By  /s/
       Jean H. Hurricane
Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM,
INC., erroneously sued herein as
ROADWAY PACKAGE SYSTEM, INC. and
RPS, INC.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

33958.33958-0011
669421.1

- 2 -

STIPULATION OF THE PARTIES TO WITHDRAW PORTIONS OF THE AMENDED COMPLAINT AND TO FILE SECOND
AMENDED COMPLAINT (Case No.:  2:07-CV-00662-GEB-GGH)

1   DATED:  September 5, 2007          TRIEBSCH, FRAMPTON, DORIUS and
                                       LIMA
2

3
                                       By /s/
4                                          Michael G. Dini
                                       Attorneys for Plaintiff
5                                      SOWOCO

6
    **IT IS SO ORDERED**:
7

8
    DATE:September 10, 2007
9

10                                     GARLAND E. BURRELL, JR.
                                       United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

33958.33958-0011
669421.1                                - 3 -
    **STIPULATION OF THE PARTIES TO WITHDRAW PORTIONS OF THE AMENDED COMPLAINT AND TO FILE SECOND
    AMENDED COMPLAINT (Case No.:  2:07-CV-00662-GEB-GGH)**

SchiffHardin LLP
Attorneys At Law
San Francisco