IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOWOCO, a California General Partnership, | ) ) ) | 2:07-cv-00662-GEB-GGH |
| Plaintiff, | ) ) | |
| v. | ) | ORDER |
| ROADWAY PACKAGE SYSTEM, INC., a business organization form unknown; RPS, INC., a business organization form unknown;  FEDEX GROUND PACKAGE SYSTEM, INC., a business entity form unknown, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

        On January 23, 2008, the parties filed a "Stipulation to Modify Status (Pretrial Scheduling) Order" so they could have more time to attempt mediation of this action.  However, the parties proposed dates disregard the scheduled Final Pretrial Conference (FPC) and schedule a discovery completion date after the FPC.  The parties' proposal is not practical and, therefore, will not be adopted.  But since the parties seek time to attend mediation, the Status (Pretrial Scheduling) Order will be modified, but not precisely as the parties propose.

1

Therefore, the Status Order is modified as follows:

(1) Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)'s initial expert witness disclosure and report requirements on or before July 1, 2008, and with the rebuttal expert disclosures authorized under the Rule on or before August 1, 2008;

(2) Discovery shall be completed by October 1, 2008.

(3) The last hearing date for law and motion shall be November 17, 2008, at 9:00 a.m.;

(4) The FPC shall be held on January 12, 2009, at 11:00 a.m.; and

(5) Trial is still scheduled to commence at 9:00 a.m. on February 10, 2009.

IT IS SO ORDERED.

Dated: January 24, 2008

GARLAND E. BURRELL, JR.
United States District Judge