IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOWOCO, a California General Partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>ROADWAY PACKAGE SYSTEM, INC., a business organization form unknown; RPS, INC., a business organization form unknown; FEDEX GROUND PACKAGE SYSTEM, INC., a business entity form unknown,<br><br>    Defendants. | 2:07-cv-00662-GEB-GGH<br><br><br><br>ORDER RE: SETTLEMENT<br>AND DISPOSITION |

On June 30, 2008, Plaintiff filed a Notice of Settlement of Entire Case ("Notice") in which it states "the parties in the above reference matter have reached a settlement of the entire case. A stipulation and order of dismissal is expected to be filed as soon as final settlement documents are signed and payment received." The Notice also states "the parties' counsel . . . also request that the Court set the date upon which a stipulation of voluntary dismissal [be filed] be 45 days from the date of filing of this Notice." This request is granted; therefore, a

1

1 | dispositional document shall be filed no later than August 14,
2 | 2008. Failure to respond by this deadline may be construed as
3 | consent to dismissal of this action without prejudice, and a
4 | dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure to
5 | file dispositional papers on the date prescribed by the Court may
6 | be grounds for sanctions.").
7 | IT IS SO ORDERED.
8 | Dated: July 2, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge